Ruffin B. Cordell (*Pro Hac Vice*)
Ahmed J. Davis (*Pro Hac Vice*)
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20008
Telephone: 202-783-5070
Facsimile: 202-783-2331

Michael M. Rosen (CA SBN 230964)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130-2081
Telephone: 858-678-5070
Facsimile: 858-678-5099

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HEWLETT PACKARD COMPANY, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>ZHUHAI GREE MAGNETO-ELECTRIC CO. LTD., a Chinese Corporation, INKPLUSTONER.COM D/B/A INKPLUS, a California Corporation, MIPO INTERNATIONAL LTD., a Chinese Corporation, MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD., a Florida Corporation, SHANGHAI ANGEL PRINTER SUPPLIES CO. LTD., a Chinese Corporation, SMARTONE SERVICES LLC d/b/a INKFORSALE.NET, a California Corporation, SHENZHEN PRINT MEDIA CO., LTD., a Chinese Corporation, COMPTREE INK D/B/A MERAX, MERITLINE, AND ABCINK.COM, a California Corporation, ZHUHAI NATIONAL RESOURCES & JINGJIE IMAGING PRODUCTS CO., LTD., a Chinese Corporation, TATRIX INTERNATIONAL, a Chinese | Case No. CV-09-6929 ODW (Ex)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Corporation, OURWAY IMAGE CO., LTD. a Chinese Corporation,

Defendant(s).

Plaintiff Hewlett-Packard Company ("HP") hereby dismisses without prejudice its complaint pursuant to Fed. R. Civ. P. 41(a) with respect to Defendants, ZHUHAI GREE MAGNETO-ELECTRIC CO. LTD., a Chinese Corporation; MIPO INTERNATIONAL LTD., a Chinese Corporation; MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD., a Florida Corporation; SHANGHAI ANGEL PRINTER SUPPLIES CO. LTD., a Chinese Corporation; SMARTONE SERVICES LLC d/b/a INKFORSALE.NET, a California Corporation; SHENZHEN PRINT MEDIA CO., LTD., a Chinese Corporation; ZHUHAI NATIONAL RESOURCES & JINGJIE IMAGING PRODUCTS CO., LTD., a Chinese Corporation; TATRIX INTERNATIONAL, a Chinese Corporation, and OURWAY IMAGE CO., LTD. a Chinese Corporation.

Dated: March 18, 2010                Respectfully Submitted,

By: /s/ Michael M. Rosen
   Ruffin B. Cordell (*Pro Hac Vice*)
   Ahmed J. Davis (*Pro Hac Vice*)
   Michael M. Rosen

Attorneys for Plaintiff
Hewlett Packard Company

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 18, 2010 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

/s/ Michael M. Rosen_____
Michael M. Rosen (SBN 230964)
rosen@fr.com
Attorney for Plaintiff
HEWLETT-PACKARD COMPANY